IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD MAJHOR,<br>Address:<br>    Tafuna Corr. Facility<br>    P.O. Box 1011<br>    Pago Pago, Am. Samoa  96799<br><br>              Petitioner,<br><br>vs.<br><br>DIRK KEMPTHORNE, Secretary of  the United States Department of Interior; TOGIOLA T. TULAFONO, Governor of American Samoa; FEPULEA`I AFA RIPLEY, JR., Attorney General; MARK R. HALES, Assistant Attorney General; SOTOA M. SAVALI, Director of Department of Public Safety; FUEGA SAITE MOLIGA, Warden of Territorial Correctional Facility;  LBJ TROPICAL MEDICAL CENTER, An American Samoa Medical Center Authority;  CHARLES WARREN, Chairman of the LBJ Tropical Medical Center; PATRICIA TINDALL, Acting CEO of the LBJ Tropical Medical Center; ANNIE FUAVAI, M.D., Chairperson of the LBJ Tropical Medical Center Off Island Referral Committee; TERRY LOVELACE, General Counsel of LBJ Tropical Medical Center; and JOHN DOES 1-50,<br><br>              Respondents. | Civil Action  No. 07-1465 (RBW)<br><br><br><br>SECOND AFFIDAVIT OF ERIC A.  SEITZ IN RESPONSE TO ORDER FILED AUGUST  20, 2007; CERTIFICATE  OF SER-VICE |

## SECOND AFFIDAVIT OF ERIC A. SEITZ IN RESPONSE TO ORDER FILED AUGUST 20, 2007

STATE OF HAWAII              )
                             ) SS.
CITY AND COUNTY OF HONOLULU  )

ERIC A. SEITZ, being first duly sworn on oath, deposes and says:

(1) I am the principal attorney for Petitioner Richard Majhor in the above referenced matter.

(2) I have just spoken by telephone with Mr. Majhor in American Samoa where he currently is incarcerated.

(3) In our telephone conversation today Mr. Majhor informed me that on Monday evening, August 20, 2007, he was taken by corrections officers to LBJ Tropical Medical Center because of complaints of severe head pains.

(4) Upon his arrival at the emergency room I am informed that Mr. Majhor was examined by a physician who then explained that he could not treat Mr. Majhor without authorization from a representative of the hospital administration.

(5) I am informed that the physician then contacted the hospital's general counsel, Terry Lovelace, and was instructed by Mr. Lovelace not to provide any treatment to Mr. Majhor.

(6) Accordingly I am informed and believe that Mr. Majhor currently is unable to receive any medical care whatsoever in American Samoa.

/s/ Eric A. Seitz
ERIC A. SEITZ
D.C. Bar No. 363830
820 Mililani Street, Suite 714
Honolulu, Hawaii 96813
Telephone: (808) 533-7434
Facsimile: (808) 545-3608
E-mail: eseitzatty@yahoo.com

Attorney for Petitioner

Subscribed and sworn to before
me this 21st day of August, 2007.

/s/ Juli T. Seitz
Notary Public, State of Hawaii
My commission expires: Jan. 4, 2008

CERTIFICATE OF SERVICE

I DO HEREBY CERTIFY that one copy of the within was duly served this date via U.S. Mail, First-Class, Postage Prepaid addressed to the following:

DIRK KEMPTHORNE
Secretary of Interior
United States Department of Interior
1849 C Street, N.W.
Washington, D.C. 20240

TOGIOLA T. TULAFONO
Governor of American Samoa
3rd Floor, Executive Office Building, Utulei
Pago Pago, American Samoa 96799

FEPULEA`I AFA RIPLEY, JR.
Attorney General
Office of the Attorney General
American Samoa Government
Post Office Box 7
Pago Pago, American Samoa 96799

MARK R. HALES
Assistant Attorney General
Office of the Attorney General
American Samoa Government
Post Office Box 7
Pago Pago, American Samoa 96799

SOTOA M. SAVALI
Director of Department of Public Safety
American Samoa Government
Pago Pago, American Samoa 96799

FUEGA SAITE MOLIGA
Warden of Territorial Correctional Facility
American Samoa Government
Pago Pago, American Samoa  96799

LBJ TROPICAL MEDICAL CENTER
An American Samoa Medical Center Authority
General Counsel, LBJ Tropical Medical Center
P.O. Box LBJ
Pago Pago, American Samoa  96799

CHARLES WARREN,
Chairman of the LBJ Tropical Medical Center
General Counsel, LBJ Tropical Medical Center
P.O. Box LBJ
Pago Pago, American Samoa  96799

PATRICIA TINDALL
Acting CEO of the LBJ Tropical Medical Center
General Counsel, LBJ Tropical Medical Center
P.O. Box LBJ
Pago Pago, American Samoa  96799

ANNIE FUAVAI, M.D.
Chairperson of the LBJ Tropical Medical Center Off Island Referral Committee
General Counsel, LBJ Tropical Medical Center
P.O. Box LBJ
Pago Pago, American Samoa  96799

TERRY LOVELACE
General Counsel, LBJ Tropical Medical Center
P.O. Box LBJ
Pago Pago, American Samoa  96799

DATED:  Honolulu, Hawaii, August 21, 2007

    /s/ Eric A. Seitz
ERIC A. SEITZ
D.C. Bar No. 363830
820 Mililani Street, Suite 714
Honolulu, Hawaii  96813
Telephone:  (808) 533-7434
Facsimile:   (808) 545-3608
E-mail: eseitzatty@yahoo.com

Attorney for Petitioner