IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD MAJHOR, | ) Civil Action  No. 07-1465 (RBW) |
| Address: | ) |
|     Tafuna Corr. Facility | ) |
|     P.O. Box 1011 | ) |
|     Pago Pago, Am. Samoa  96799 | ) |
| | ) AFFIDAVIT OF ERIC A. SEITZ |
|           Petitioner, | ) IN RESPONSE  TO ORDER FIL- |
| | ) ED SEPTEMBER 14, 2007; CER- |
|   vs. | ) TIFICATE OF SERVICE |
| | ) |
| DIRK KEMPTHORNE, Secretary of  the | ) |
| United States Department of Interior; | ) |
| TOGIOLA T. TULAFONO, Governor of | ) |
| American Samoa; FEPULEA`I AFA | ) |
| RIPLEY, JR., Attorney General; | ) |
| MARK R. HALES, Assistant Attorney | ) |
| General; SOTOA M. SAVALI, Director of | ) |
| Department of Public Safety; FUEGA | ) |
| SAITE MOLIGA, Warden of Territorial | ) |
| Correctional Facility;  LBJ TROPICAL | ) |
| MEDICAL CENTER, An American Samoa | ) |
| Medical Center Authority;  CHARLES | ) |
| WARREN, Chairman of the LBJ | ) |
| Tropical Medical Center; PATRICIA | ) |
| TINDALL, Acting CEO of the LBJ | ) |
| Tropical Medical Center; ANNIE | ) |
| FUAVAI, M.D., Chairperson of the LBJ | ) |
| Tropical Medical Center Off Island Referral | ) |
| Committee; TERRY LOVELACE, General | ) |
| Counsel of LBJ Tropical Medical Center; | ) |
| and JOHN DOES 1-50, | ) |
| | ) |
|           Respondents. | ) |
| | ) |

## AFFIDAVIT OF ERIC A. SEITZ IN RESPONSE
## TO ORDER FILED SEPTEMBER 14, 2007

STATE OF HAWAII                          )
                                         ) SS.
CITY AND COUNTY OF HONOLULU      )

     ERIC A. SEITZ, being first duly sworn on oath, deposes and says:

     (1)    I am the principal attorney for Petitioner Richard Majhor in the above referenced matter.

     (2)    Upon our receipt this date of the Court's Order to Show Cause filed on September 14, 2007, I have caused copies thereof to be served immediately upon all of the named Defendants by placing the same in the United States mail, first class postage prepaid.

     (3)    In addition, copies of the Court's Order to Show Cause have been sent electronically to those of the Defendants in American Samoa for whom we have e-mail addresses and to Attorney Charlotte Abel at the United States Department of Justice (charlotte.abel@usdoj.gov) who previously informed us that she will be representing the Secretary of Interior in this matter.

     (4)    I am informed and believe that all of this Court's previous Orders and all of the pleadings in this case have been served in a timely manner on all of the named Defendants by mail and by electronic transmission to Ms. Abel.

     (5)    In my recent communications with Ms. Abel concerning the applicable response date on our renewed motion for preliminary injunction, we

jointly interpreted the Court's August 29, 2007, Order to require a response from the Government no later than Monday, September 17, 2007, in light of the fact that service of the amended complaint on the Secretary of Interior, the United States Attorney for the District of Columbia, and the Attorney General was accomplished on September 11, 2007.

(6)   I was informed by Ms. Abel earlier this week that it was her intention to file a responsive pleading by the close of business today.

(7)   Copies of the amended complaint and summons have been sent by express mail to American Samoa for personal service upon all of the Defendants there, and I am informed that the documents will arrive on September 17, 2007, and be served immediately thereafter, after which we will file an appropriate proof of service upon all of the named Defendants.

/

/

/

/

/

/

/

/

/s/ Eric A. Seitz
ERIC A. SEITZ
D.C. Bar No. 363830
820 Mililani Street, Suite 714
Honolulu, Hawaii  96813
Telephone:  (808) 533-7434
Facsimile:   (808) 545-3608
E-mail: eseitzatty@yahoo.com

Attorney for Petitioner

Subscribed and sworn to before me
this 14th day of September, 2007.

/s/ Juli T. Seitz
Notary Public, State of Hawaii
My commission expires: Jan. 4, 2008

CERTIFICATE OF SERVICE

I DO HEREBY CERTIFY that one copy of the within was duly served

this date via U.S. Mail, First-Class, Postage Prepaid addressed to the following:

DIRK KEMPTHORNE
Secretary of Interior
United States Department of Interior
1849 C Street, N.W.
Washington, D.C. 20240

TOGIOLA T. TULAFONO
Governor of  American Samoa
3rd Floor, Executive Office Building, Utulei
Pago Pago, American Samoa  96799

FEPULEA`I AFA RIPLEY, JR.
Attorney General
Office of the Attorney General
American Samoa Government
Post Office Box 7
Pago Pago, American Samoa  96799

MARK R. HALES
Assistant Attorney General
Office of the Attorney General
American Samoa Government
Post Office Box 7
Pago Pago, American Samoa  96799

SOTOA M. SAVALI
Director of Department of Public Safety
American Samoa Government
Pago Pago, American Samoa  96799

FUEGA SAITE MOLIGA
Warden of Territorial Correctional Facility
American Samoa Government
Pago Pago, American Samoa  96799

LBJ TROPICAL MEDICAL CENTER
C/O Terry Lovelace, Esq.
An American Samoa Medical Center Authority
P.O. Box LBJ
Pago Pago, American Samoa  96799

CHARLES WARREN,
Chairman of the LBJ Tropical Medical Center
P.O. Box LBJ
Pago Pago, American Samoa  96799

PATRICIA TINDALL
Acting CEO of the LBJ Tropical Medical Center
P.O. Box LBJ
Pago Pago, American Samoa  96799

ANNIE FUAVAI, M.D.
Chairperson of the LBJ Tropical Medical Center Off
Island Referral Committee
P.O. Box LBJ
Pago Pago, American Samoa  96799

TERRY LOVELACE
General Counsel, LBJ Tropical Medical Center
P.O. Box LBJ
Pago Pago, American Samoa  96799

DATED:  Honolulu, Hawaii, September 14, 2007

/s/ Eric A. Seitz
ERIC A. SEITZ
D.C. Bar No. 363830
820 Mililani Street, Suite 714
Honolulu, Hawaii  96813
Telephone:  (808) 533-7434
Facsimile:    (808) 545-3608
E-mail: eseitzatty@yahoo.com

Attorney for Petitioner