UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD MAJHOR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-1465 (RBW) |
| | ) |
| DIRK KEMPTHORNE, SECRETARY | ) |
| U.S. DEPT. OF INTERIOR, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**NOTICE OF APPEARANCE**

Will the Clerk of Court please note the entry of appearance on behalf of Dirk Kempthorne, Secretary, U.S. Department of Interior, by undersigned counsel, Charlotte A. Abel, Assistant United States Attorney.

Respectfully submitted,

 /s/
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

 /s/
CHARLOTTE A. ABEL, D.C. Bar # 388582
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-2332
Counsel for Defendant