CHARLES WARREN,
PATRICIA TINDALL,
ANNIE FUAVAI
TERRY LOVELACE
LBJ TROPICAL MEDICAL CENTER
LBJ Tropical Medical Center
PO Box LBJ, Pago Pago
American Samoa, 96799
684 – 633-4590        telephone
684-633-1869          facsimile
e-mail terrylovelace@yahoo.com

DEFENDANTS IN PRO PER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD MAJHOR, )<br>)<br>Address:  Tafuna Correctional Facility  )<br>            PO Box 1011  )<br>            Pago Pago, American Samoa  )<br>            96799  )<br>)<br>             Plaintiff,  )<br>    vs.  )<br>)<br>DIRK KEMPTHORNE, Secretary of the  )<br>United States Department of Interior;  )<br>TOGIOLA T. TULAFONO, Governor of  )<br>American Samoa; Fepulea'I Afa Ripley, Jr. )<br>Attorney General; MARK HALES,  )<br>Assistant Attorney General, SOTOA M.  )<br>SAVALI, Director of Department of Public )<br>Safety, fuega saite moliga, Warden of  )<br>Territorial Correctional Facility, LBJ  )<br>TROPICAL MEDICAL CENTER,  )<br>CHARLES WARREN, Chairman of LBJ  )<br>Tropical Medical Center, PATRICIA  ) | CIVIL NO.  07-1465 (RBW)<br><br><br>MOTION FOR SANCTIONS<br>PURSUANT TO RULE 11 |

TINDALL, Acting CEO, ANNIE FUAVAI, )
M.D., Chairperson of the LBJ Tropical Off- )
Island Referral Committee, TERRY )
LOVELACE, General Counsel of LBJ )
Tropical Medical Center, and JOHN DOES )
1-50, )
)
               Defendants. )
_____ )

## MOTION FOR SANCTIONS UNDER RULE 11 ON BEHALF OF DEFENDANTS CHARLES WARREN, PATRICIA TINDALL, ANNIE FUAVAI AND TERRY LOVELACE

COMES NOW Defendants Charles Warren, Patricia Tindall, Terry Lovelace, Dr. Annie Fuavai, and for their Motion for Sanctions under Rule 11 assert as follows:

1. These Defendants were sued as individuals.

2. None of the above named Defendants acted in individual capacity in any interaction with Plaintiff. Defendants Tindall and Warren have never had an interaction of any kind with Plaintiff.

3. Plaintiff's counsel and Plaintiff both "threatened" Defendants Lovelace and Fuavai with personal suit in Federal Court if Plaintiff did not receive the care demanded.

4. Plaintiff has failed to state any basis to sue these Defendants personally. Defendants assert that this action was improper and taken to harass contrary to Rule 11(b)(1) of the Federal Rules of Civil Procedure

5. In Document 7 in the present action, the Second Affidavit of Eric Seitz, Plaintiff's counsel states "I am informed" that Plaintiff was denied treatment at LBJ Medical Center's Emergency Room on August 20, 2007 on orders of Terry Lovelace, and that Plaintiff "is unable to receive any medical care whatsoever in American Samoa."

Plaintiff was seen at LBJ Tropical Medical Center on August 20, 2007. *See Attached Record of Treatment dated August 20, 2007.*

6. Plaintiff's Counsel had a duty pursuant to Rule 11(a) to investigate and determine the veracity of statements received on information and belief. He has a duty of reasonable inquiry under the circumstances. Clearly, Eric Seitz made no inquiry. Eric Seitz signed Plaintiff's Complaint, representing to the Court that he had complied with the Court Rule. Here, Mr. Seitz is a bully with a law license using his position as an Officer of the Court to harass and intimidate those with whom his client has a controversy. These Defendants will vigorously pursue this averment with the State Bar of Hawaii.

7. Plaintiff's Counsel's naming of these Defendants as individuals to this lawsuit lacks merit and Defendants request that this Honorable Court, on its own initiative, pursuant to Rule 11(c)(1)(B), move for sanctions against Plaintiff's Counsel. In the alternative, Defendants move for sanctions under Rule 11(c)(1)(A).

Dated: 9/25/07

Charles Warren, Chairman
American Samoa Medical Center Authority
Defendant in Pro Per

Dated: 9/25/07

Patricia Tindall, CEO
LBJ Tropical Medical Center
Defendant in Pro Per

Dated: 9/25/07

                                                               Annie Fuavai, Chairman
                                                               LBJ Off-Island Referral Committee
                                                               Defendant in Pro Per

Dated: 9-25-07

                                                               Terry Lovelace, Esq.
                                                               General Counsel
                                                               LBJ Tropical Medical Center
                                                               Defendant in Pro Per

Dated: 9-25-07

                                                               LBJ Tropical Medical Center
                                                               By: Patricia Tindall, CEO
                                                               Defendant in Pro Per

CHARLES WARREN,
PATRICIA TINDALL,
ANNIE FUAVAI
TERRY LOVELACE
LBJ TROPICAL MEDICAL CENTER
LBJ Tropical Medical Center
PO Box LBJ, Pago Pago
American Samoa, 96799
684 – 633-4590    telephone
684-633-1869    facsimile
e-mail terrylovelace@yahoo.com

DEFENDANTS IN PRO PER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD MAJHOR, | CIVIL NO. 07-1465 (RBW) |
| Address: Tafuna Correctional Facility<br>PO Box 1011<br>Pago Pago, American Samoa<br>96799 | |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| vs. | **ANSWER**<br>**AFFIRMATIVE DEFENSES** |
| DIRK KEMPTHORNE, Secretary of the<br>United States Department of Interior;<br>TOGIOLA T. TULAFONO, Governor of<br>American Samoa; Fepulea'I Afa Ripley, Jr.<br>Attorney General; MARK HALES,<br>Assistant Attorney General, SOTOA M.<br>SAVALI, Director of Department of Public<br>Safety, fuega saite moliga, Warden of<br>Territorial Correctional Facility, LBJ<br>TROPICAL MEDICAL CENTER, | **MOTION FOR SANCTIONS**<br>**AND WITNESS LIST** |

CHARLES WARREN, Chairman of LBJ        )
Tropical Medical Center, PATRICIA       )
TINDALL, Acting CEO, ANNIE FUAVAI,      )
M.D., Chairperson of the LBJ Tropical Off- )
Island Referral Committee, TERRY        )
LOVELACE, General Counsel of LBJ        )
Tropical Medical Center, and JOHN DOES  )
1-50,                                   )
                                        )
            Defendants.                 )
_____ )

## CERTIFICATE OF SERVICE ON BEHALF OF DEFENDANTS CHARLES WARREN, PATRICIA TINDALL, ANNIE FUAVAI, LBJ TROPICAL MEDICAL CENTER AND TERRY LOVELACE

COMES NOW DEFENDANTS Charles Warren, Patricia Tindall, Annie Fuavai, LBJ Tropical Medical Center and Terry Lovelace and do certify that a copy of an ANSWER, AFFIRMATIVE DEFENSES, MOTION FOR RULE 11 SANCTIONS AND WITNESS LIST was served on this date via United States Mail, Postage pre-paid, to the following:

Kirk Kempthorne
Secretary of the Interior
United States Department of Interion
1849 C Street. NW
Washington, DC 20240

Togiola T. Tulafono
Governor of American Samoa
3rd floor – E.O.B. – Utulei
Pago Pago, American Samoa 96799

Fepulea'I Afa Ripley, Jr.
Attorney General
PO Box 7
Pago Pago, American Samoa 96799

Mark Hales
Assistant Attorney General
PO Box 7
Pago Pago, American Samoa 96799

Sotoa M. Savali
Director of DPS
American Samoa Government
Pago Pago, American Samoa 96799

Fuega Saite Moliga
Warden of Tafuna Correctional Facility
American Samoa Government
Pago Pago, American Samoa 96799

LBJ Tropical Medical Center
ATTN: Patricia Tindall, CEO
PO Box LBJ
Pago Pago, American Samoa 96799

Charles Warren,
Chairman ASMCA
PO Box LBJ
Pago Pago, American Samoa 96799

Patricia Tindall, CEO
LBJ Tropical Medical Center
PO Box LBJ
Pago Pago, American Samoa 96799

Dr. Annie Fuavai
Chairperson, LBJ OIRC
PO Box LBJ
Pago Pago, American Samoa 96799

Terry Lovelace, Esq
General Counsel
PO Box LBJ
Pago Pago, American Samoa 96799


Dated: 9/25/07

_____
Charles Warren, Chairman
American Samoa Medical Center Authority
Defendant in Pro Per

Dated: 9/25/07

Patricia Tindall, CEO
LBJ Tropical Medical Center
Defendant in Pro Per

Dated: 9/25/07

Annie Fuavai, Chairman
LBJ Off-Island Referral Committee
Defendant in Pro Per

Dated: 9-25-07

Terry Lovelace, Esq.
General Counsel
LBJ Tropical Medical Center
Defendant in Pro Per

Dated: 9/25/07

LBJ Tropical Medical Center
By: Patricia Tindall, CEO
Defendant in Pro Per