AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

RICHARD MAJHOR,

            Plaintiff,

               V.

DIRK KEMPTHORNE, Secretary of the United States Dept. of the Interior; TOGIOLA T. TULAFONO, Governor of American Samoa; FEPULEA'I AFA RIPLEY, JR., Attorney General; MARK R. HALES, Assistant Attorney General; SOTOA M. SAVALI, Director of Dept. of Public Safety; FUEGA SAITE MOLIGA, Warden of Territorial Correctional Facility; LBJ TROPICAL MEDICAL CENTER, An American Samoa Medical Centery Authority; CHARLES WARREN, Chairman of the LBJ Tropical Medical Center; PATRICIA TINDALL, Acting CEO of the LBJ Tropical Medical Center; ANNIE PUAVAI, M.D., Chairperson of te LBJ Tropical Medical Center Off Island Referral Committee; TERRY LOVELACE, General Counsel of LBJ Tropical Medical Center; and John Does 1-50

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-1465 (RBW)

TO: (Name and address of Defendant)

MARK HALES
Assistant Attorney General
Office of the Attorney General
American Samoa Government
P.O. Box 7
Pago Pago, American Samoa 96799

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

ERIC A. SEITZ, AAL, ALC
D.C. Bar No. 363830
820 Mililani Street, Suite 714
Honolulu, Hawaii 96813
Ph. No. (808) 533-7434 / Fax No. (808) 545-3608
E-mail: eseitzatty@yahoo.com

an answer to the ∧Amended complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the ∧complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**                      **SEP 4 2007**

CLERK *[signature]*                    DATE

(By) DEPUTY CLERK

*RBW*

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 9/18/07 |
| NAME OF SERVER (PRINT) Faiimi Tua | TITLE Investigator |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: R Bruges

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES $35.00 | TOTAL $35.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 9/18/07
            *Date*

*Signature of Server*

Pago Pago Am. Samoa
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.