MARK R. HALES
9710 South 700 East, Suite 205
Sandy, UT. 84070
Telephone: (801) 495-1442
Fax: (801) 495-1444
Email markhales@gmail.com

DEFENDANT PRO SE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD MAJHOR, ) | CIVIL NO. 07-1465 (RBW) |
| ) | |
| Address: Tafuna Correctional Facility ) | |
|   PO Box 1011 ) | |
|   Pago Pago, American Samoa ) | NOTICE OF CHANGE OF |
|   96799 ) | ADDRESS |
| ) | |
|           Plaintiff, ) | |
|     vs. ) | |
| ) | |
| DIRK KEMPTHORNE, Secretary of the ) | |
| United States Department of Interior; ) | |
| TOGIOLA T. TULAFONO, Governor of ) | |
| American Samoa; Fepulea'I Afa Ripley, Jr. ) | |
| Attorney General; MARK HALES, ) | |
| Assistant Attorney General, SOTOA M. ) | |
| SAVALI, Director of Department of Public ) | |
| Safety, fuega saite moliga, Warden of ) | |
| Territorial Correctional Facility, LBJ ) | |
| TROPICAL MEDICAL CENTER, ) | |
| CHARLES WARREN, Chairman of LBJ ) | |
| Tropical Medical Center, PATRICIA ) | |
| TINDALL, Acting CEO, ANNIE FUAVAI, ) | |
| M.D., Chairperson of the LBJ Tropical Off- ) | |
| Island Referral Committee, TERRY ) | |
| LOVELACE, General Counsel of LBJ ) | |
| Tropical Medical Center, and JOHN DOES ) | |
| 1-50, ) | |
| ) | |
|           Defendants. ) | |
|                                                    ) | |

DEFENDANT HALES NOTICE OF CHANGE OF ADDRESS

COMES NOW DEFENDANT Mark R. Hales and notifies the Court and all parties of his change of address.

## NOTICE OF DEFENDANT'S CHANGE OF ADDRESS

From this time forward, Defendant, Mark R. Hales, can be reached at:

9710 South 700 East, Suite 205
Sandy, UT. 84070
Telephone: (801) 495-1442
Fax: (801) 495-1444
markhales@gmail.com

Dated:  Friday, October 26, 2007              /s/ Mark R. Hales_____
                                               Mark R. Hales
                                               Defendant

## CERTIFICATE OF DEFENDANT MARK R. HALES

COMES NOW DEFENDANT Mark R. Hales and hereby do certify that a copy of NOTICE OF CHANGE OF ADDRSS was served on this date parties or the agents:

Charlotte A. Able
Assistant U.S. Attorney
Department of Justice
555 4th Street, N.W.
Washington, D.C. 20530
Attorney for Defendant Dirk Kempthorne

Eric Seitz,
820 Mililani Street, Suite 714
Honolulu, Hawaii, 96813
Counsel for Plaintiff

Togiola T. Tulafono
Governor of American Samoa
3rd floor – E.O.B. – Utulei
Pago Pago, American Samoa 96799

Fepulea'I Afa Ripley, Jr.
Attorney General
PO Box 7

Pago Pago, American Samoa 96799

Sotoa M. Savali
Director of DPS
American Samoa Government
Pago Pago, American Samoa 96799

Fuega Saite Moliga
Warden of Tafuna Correctional Facility
American Samoa Government
Pago Pago, American Samoa 96799

LBJ Tropical Medical Center
ATTN: Patricia Tindall, CEO
PO Box LBJ
Pago Pago, American Samoa 96799

Charles Warren,
Chairman ASMCA
PO Box LBJ
Pago Pago, American Samoa 96799

Patricia Tindall, CEO
LBJ Tropical Medical Center
PO Box LBJ
Pago Pago, American Samoa 96799

Dr. Annie Fuavai
Chairperson, LBJ OIRC
PO Box LBJ
Pago Pago, American Samoa 96799

Terry Lovelace, Esq
General Counsel
PO Box LBJ
Pago Pago, American Samoa 96799

Dated: Friday, October 26, 2007        /s/ Mark R. Hales_____
                                       Mark R. Hales
                                       Defendant

3