UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD MAJHOR, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>DIRK KEMPTHORNE, , et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 07-1465 (RBW) |

**ORDER**

In accordance with a memorandum opinion entered this same date, it is

**ORDERED** that the plaintiff's Renewed Motion for Preliminary Injunction is **DENIED**.

**SO ORDERED** this 30th day of October, 2007.

REGGIE B. WALTON<br>
United States District Judge