UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| RICHARD MAJHOR, | ) ) ) | |
| Plaintiff | ) ) | |
| v. | ) ) | Civil Action No. 07-1465 (RBW) |
| DIRK KEMPTHORNE, , et al., | ) ) ) | |
| Defendants. | ) ) ) | |

**ORDER TO SHOW CAUSE**

In accordance with a memorandum opinion entered this same date, it is

**ORDERED** that the plaintiff shall show cause in writing on or before December 17, 2007, why the Court should not dismiss his Amended Verified Complaint for Injunction, Declaratory Judgment and Damages in its entirety (1) with respect to Togiola T. Tulafono, Fepuleaì Afa Ripley, Jr., Sota M. Savali, Fuega Saite Moliga, the LBJ Tropical Medical Center, Charles Warren, Patricia Tindall, Annie Fuavai, M.D., Terry Lovelace, Esq., and John Does 1-50, pursuant to Federal Rule of Civil Procedure 12(b)(2); (2) with respect to Dirk Kempthorne, Secretary of the United States Department of the Interior, pursuant to Federal Rule of Civil Procedure 12(b)(5); (3) with respect to all of the defendants pursuant to Federal Rule of Civil Procedure 12(b)(6); and (4) alternatively, with respect to all defendants pursuant to the Supreme Court's decisions in Younger v. Harris, 401 U.S. 37 (1971), and Colo. River Water Conservation

<u>Dist. v. United States</u>, 424 U.S. 800 (1976), for the reasons set forth in the Court's accompanying memorandum opinion.  It is further

**ORDERED** that the defendants shall file memoranda in opposition to the plaintiff's response, if any they wish to file, on or before January 14, 2008.  It is further

**ORDERED** that the plaintiff shall file his reply memorandum in support of his response, if any he wishes to file, on or before January 29, 2008.  It is further

**ORDERED** that the Secretary's Response to Order to Show Cause, Opposition to Plaintiff's Motion for Preliminary Injunction[,] and Motion to Dismiss, the Def[e]ndant's Motion to be Removed as a Defendant filed by Mark R. Hales, and the Def[e]ndant's Second Motion to be Removed as a Defendant Because of His Departure from the Attorney General's Office filed by Mark R. Hales are **DENIED** as moot.  It is further

**ORDERED** that the Motion for San[c]tions Pursuant to Rule 11 filed by Togiola T. Tulafono, Fepuleaì Afa Ripley, Jr., Mark R. Hales, Sota M. Savali, and Fuega Saite Moliga, and the Motion for Sanctions Pursuant to Rule 11 filed by the LBJ Tropical Medical Center, Charles Warren, Patricia Tindall, Annie Fuavai, M.D., and Terry Lovelace, Esq. are **DENIED** on ripeness grounds.

**SO ORDERED** this 30th day of October, 2007.

REGGIE B. WALTON
United States District Judge