# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

RICHARD MAJHOR,                          )
                                         )
                    Plaintiff            )
                                         )
        v.                               )        Civil Action No. 07-1465 (RBW)
                                         )
DIRK KEMPTHORNE,  , et al.,              )
                                         )
                    Defendants.          )
                                         )
_____)


## ORDER

The Court having received no response to its order to show cause entered on October 30, 2007, and for the reasons set forth in the Court's memorandum opinion entered that same date, it is

**ORDERED** that the plaintiff's Amended Verified Complaint for Injunction, Declaratory Judgment[,] and Damages is **DISMISSED** in its entirety.  It is further

**ORDERED** that this case is **CLOSED**.

**SO ORDERED** this 19th day of December, 2007.


REGGIE B. WALTON
United States District Judge

1