IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD MAJHOR,<br>Address:<br>    Tafuna Corr. Facility<br>    P.O. Box 1011<br>    Pago Pago, Am. Samoa  96799<br><br>            Petitioner,<br><br>vs.<br><br>DIRK KEMPTHORNE, Secretary of the United States Department of Interior; TOGIOLA T. TULAFONO, Governor of American Samoa; FEPULEA`I AFA RIPLEY, JR., Attorney General; MARK R. HALES, Assistant Attorney General; SOTOA M. SAVALI, Director of Department of Public Safety; FUEGA SAITE MOLIGA, Warden of Territorial Correctional Facility; LBJ TROPICAL MEDICAL CENTER, An American Samoa Medical Center Authority; CHARLES WARREN, Chairman of the LBJ Tropical Medical Center; PATRICIA TINDALL, Acting CEO of the LBJ Tropical Medical Center; ANNIE FUAVAI, M.D., Chairperson of the LBJ Tropical Medical Center Off Island Referral Committee; TERRY LOVELACE, General Counsel of LBJ Tropical Medical Center; and JOHN DOES 1-50,<br><br>            Respondents. | Civil Action No. 07-1465 (RBW)<br><br>PETITIONER'S MOTION TO RECONSIDER ORDER FILED DECEMBER 19, 2007; CERTIFICATE OF SERVICE |

PETITIONER'S MOTION TO RECONSIDER
 ORDER FILED DECEMBER 19, 2007

Petitioner Richard Majhor, by and through his undersigned attorneys, hereby moves the Court for reconsideration of the Order filed herein on December 19, 2007, dismissing the Petition herein and closing this case. This motion is brought pursuant to Rule 7, Federal Rules of Civil Procedure, inter alia, and is based upon the records and files herein.

In its previous Order filed on October 20, 2007, the Court required that Petitioner effectuate personal service on Defendant Dirk Kempthorne on or before December 11, 2007, which was done as evidenced by the return of service filed this date. Unfortunately service was delayed because Defendant Kemthorne's secret service detail interfered with the efforts of our process server necessitating repeated efforts to effectuate personal service and also because the original documents evidencing service had to be mailed from Washington, D.C., to our office in Honolulu, Hawaii, for us to then file electronically. The original documents only arrived this week.

In its October 20, 2007 Order the Court denied our motion for a preliminary injunction and also denied the Defendants' motions to dismiss. The Court then invited the Defendants to respond to any papers filed by the Petitioner, but Petitioner and his counsel did not understand from the plain language of that

Order that the Court was expecting any further arguments from Petitioner by any particular deadline.

Accordingly, it is requested that the Court's Order filed December 19, 2007, be vacated and set aside.

DATED: Honolulu, Hawaii, December 19, 2007.

/s/ Eric A. Seitz
ERIC A. SEITZ
D.C.Bar No. 363830
820 Mililani Street, Suite 714
Honolulu, Hawaii 96813
Telephone: (808) 533-7434
Facsimile: (808) 545-3608
E-mail: eseitzatty@yahoo.com

Attorney for Petitioner

<u>CERTIFICATE OF SERVICE</u>

I DO HEREBY CERTIFY that one copy of the within was duly served this date via CM/ECF or U.S. Mail, First-Class, Postage Prepaid addressed to the following:

| | |
|---|---|
| CHARLOTTE A. ABLE, ESQ<br>Assistant U.S. Attorney<br>Department of Justice<br>555 4th Street, N.W.<br>Washington, D.C. 20530<br>E-Mail: charlott.abel@usdoj.gov<br><br>Attorney for Defendant<br>Dirk Kempthorne | (Via CM/ECF) |
| TOGIOLA T. TULAFONO<br>Governor of American Samoa<br>3rd Floor, Executive Office Building, Utulei<br>Pago Pago, American Samoa  96799 | (Via U.S. Mail) |
| FEPULEA`I AFA RIPLEY, JR.<br>Attorney General<br>Office of the Attorney General<br>American Samoa Government<br>Post Office Box 7<br>Pago Pago, American Samoa  96799 | (Via U.S. Mail) |
| MARK R. HALES<br>Assistant Attorney General<br>Office of the Attorney General<br>American Samoa Government<br>Post Office Box 7<br>Pago Pago, American Samoa  96799<br>E-Mail: markhales@gmail.com | (Via CM/ECF) |

SOTOA M. SAVALI (Via U.S. Mail)
Director of Department of Public Safety
American Samoa Government
Pago Pago, American Samoa 96799

FUEGA SAITE MOLIGA (Via U.S. Mail)
Warden of Territorial Correctional Facility
American Samoa Government
Pago Pago, American Samoa 96799

LBJ TROPICAL MEDICAL CENTER (Via U.S. Mail)
C/O Terry Lovelace, Esq.
An American Samoa Medical Center Authority
P.O. Box LBJ
Pago Pago, American Samoa 96799

CHARLES WARREN (Via U.S. Mail)
Chairman of the LBJ Tropical Medical Center
P.O. Box LBJ
Pago Pago, American Samoa 96799

PATRICIA TINDALL (Via U.S. Mail)
Acting CEO of the LBJ Tropical Medical Center
P.O. Box LBJ
Pago Pago, American Samoa 96799

ANNIE FUAVAI, M.D. (Via U.S. Mail)
Chairperson of the LBJ Tropical Medical Center
 Off Island Referral Committee
P.O. Box LBJ
Pago Pago, American Samoa 96799

TERRY LOVELACE (Via U.S. Mail)
General Counsel, LBJ Tropical Medical Center
P.O. Box LBJ
Pago Pago, American Samoa 96799

Defendants

DATED: Honolulu, Hawaii, December 19, 2007.

<u>/s/ Eric A. Seitz</u>
ERIC A. SEITZ
D.C. Bar No. 363830
820 Mililani Street, Suite 714
Honolulu, Hawaii 96813
Telephone: (808) 533-7434
Facsimile: (808) 545-3608
E-mail: eseitzatty@yahoo.com

Attorney for Petitioner