IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD MAJHOR,<br>Address:<br>   Tafuna Corr. Facility<br>   P.O. Box 1011<br>   Pago Pago, Am. Samoa 96799<br><br>          Petitioner,<br><br>vs.<br><br>DIRK KEMPTHORNE, Secretary of the United States Department of Interior; TOGIOLA T. TULAFONO, Governor of American Samoa; FEPULEA`I AFA RIPLEY, JR., Attorney General; MARK R. HALES, Assistant Attorney General; SOTOA M. SAVALI, Director of Department of Public Safety; FUEGA SAITE MOLIGA, Warden of Territorial Correctional Facility; LBJ TROPICAL MEDICAL CENTER, An American Samoa Medical Center Authority; CHARLES WARREN, Chairman of the LBJ Tropical Medical Center; PATRICIA TINDALL, Acting CEO of the LBJ Tropical Medical Center; ANNIE FUAVAI, M.D., Chairperson of the LBJ Tropical Medical Center Off Island Referral Committee; TERRY LOVELACE, General Counsel of LBJ Tropical Medical Center; and JOHN DOES 1-50,<br><br>          Respondents. | Civil Action No. 07-1465 (RBW)<br><br>PETITIONER'S WITHDRAWAL OF HIS MOTION TO RECONSIDER ORDER FILED DECEMBER 19, 2007; CERTIFICATE OF SERVICE |

PETITIONER'S WITHDRAWAL OF HIS MOTION
TO RECONSIDER ORDER FILED DECEMBER 19, 2007

Petitioner Richard Majhor, by and through his undersigned attorneys, hereby withdraws his motion for reconsideration of the Court's Order filed herein on December 19, 2007.  Petitioners' counsel received and carefully read the Court's written decision dated October 30, 2007, but until today Petitioners' counsel had not seen and was unaware of the Court's Order to Show Cause that was filed that same date although the Order to Show Cause had been transmitted to our office electronically.  In light of our oversight, for which we apologize, we will not further contest the Court's Order dismissing this case, and we will not seek to pursue further claims against any of the defendants in their individual capacities including Defendant Kempthorne who was recently served.

DATED:  Honolulu, Hawaii, December 27, 2007.

/s/ Eric A. Seitz
ERIC A. SEITZ
D.C.Bar No. 363830
820 Mililani Street, Suite 714
Honolulu, Hawaii  96813
Telephone:  (808) 533-7434
Facsimile:   (808) 545-3608
E-mail:  eseitzatty@yahoo.com

Attorney for Petitioner

CERTIFICATE OF SERVICE

I DO HEREBY CERTIFY that one copy of the within was duly served this date via CM/ECF or U.S. Mail, First-Class, Postage Prepaid addressed to the following:

>	CHARLOTTE A. ABLE, ESQ	(Via CM/ECF)
>	Assistant U.S. Attorney
>	Department of Justice
>	555 4th Street, N.W.
>	Washington, D.C. 20530
>	E-Mail: charlott.abel@usdoj.gov
>
>	Attorney for Defendant
>	Dirk Kempthorne
>
>	TOGIOLA T. TULAFONO	(Via U.S. Mail)
>	Governor of American Samoa
>	3rd Floor, Executive Office Building, Utulei
>	Pago Pago, American Samoa  96799
>
>	FEPULEA`I AFA RIPLEY, JR.	(Via U.S. Mail)
>	Attorney General
>	Office of the Attorney General
>	American Samoa Government
>	Post Office Box 7
>	Pago Pago, American Samoa  96799
>
>	MARK R. HALES	(Via CM/ECF)
>	Assistant Attorney General
>	Office of the Attorney General
>	American Samoa Government
>	Post Office Box 7
>	Pago Pago, American Samoa  96799
>	E-Mail: markhales@gmail.com

SOTOA M. SAVALI (Via U.S. Mail)
Director of Department of Public Safety
American Samoa Government
Pago Pago, American Samoa  96799

FUEGA SAITE MOLIGA (Via U.S. Mail)
Warden of Territorial Correctional Facility
American Samoa Government
Pago Pago, American Samoa  96799

LBJ TROPICAL MEDICAL CENTER (Via U.S. Mail)
C/O Terry Lovelace, Esq.
An American Samoa Medical Center Authority
P.O. Box LBJ
Pago Pago, American Samoa  96799

CHARLES WARREN (Via U.S. Mail)
Chairman of the LBJ Tropical Medical Center
P.O. Box LBJ
Pago Pago, American Samoa  96799

PATRICIA TINDALL (Via U.S. Mail)
Acting CEO of the LBJ Tropical Medical Center
P.O. Box LBJ
Pago Pago, American Samoa  96799

ANNIE FUAVAI, M.D. (Via U.S. Mail)
Chairperson of the LBJ Tropical Medical Center
 Off Island Referral Committee
P.O. Box LBJ
Pago Pago, American Samoa  96799

TERRY LOVELACE (Via U.S. Mail)
General Counsel, LBJ Tropical Medical Center
P.O. Box LBJ
Pago Pago, American Samoa  96799

Defendants

DATED:  Honolulu, Hawaii, December 27, 2007.

>/s/ Eric A. Seitz
> ERIC A. SEITZ
> D.C. Bar No. 363830
> 820 Mililani Street, Suite 714
> Honolulu, Hawaii  96813
> Telephone:  (808) 533-7434
> Facsimile:   (808) 545-3608
> E-mail: eseitzatty@yahoo.com
>
> Attorney for Petitioner